**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------x

TYLER TECHNOLOGIES, INC.,

        Plaintiff,

  -against-

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE and NEW YORK
STATE OFFICE OF INFORMATION
TECHNOLOGY SERVICES,

        Defendants.

---------------------------------------------------------x

Civil Action No. 1:22-cv-877 (DNH/DJS)

**PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Tyler Technologies, Inc. by its attorneys, K&L Gates LLP hereby discloses and certifies as follows:

Tyler Technologies, Inc. has no parent corporation. The only publicly-held company currently owning more than 10% of Tyler's outstanding stock is as follows:

  The Vanguard Group
  100 Vanguard Blvd.
  Malvern, PA 19355.

Tyler Technologies, Inc. acknowledges that it is obligated to promptly file a supplemental statement upon any change in the information that this statement requires.

Dated: August 23, 2022

**K&L GATES LLP**

/s/ *Tara L. Pehush*
Tara L. Pehush
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-3900
Fax: (212) 536-3901
Email: tara.pehush@klgates.com

_____

*Attorney for Plaintiff Tyler Technologies, Inc.*