## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **JOHN M. DOMURAD**<br>Clerk<br><br>**DAN MCALLISTER**<br>Chief Deputy | James T. Foley U.S. Courthouse<br>445 Broadway, Room 509<br>Albany NY 12207-2936<br>(518) 257-1800 |

August 24, 2022

Beth W. Petronio, Esq.
1717 Main Street
Suite 2800
Dallas, Texas   75201

RE: Tyler Technologies, Inc. vs. New York State Taxation and Finance, et al
NYND CASE NO. 1:22-cv-877(DNH/DJS)

Dear Sir or Madam:

Please be advised that the above case was filed August 23, 2022, in the Northern District of New York.  You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required.

As of January 16, 2018, the Northern District of New York became a NextGen Court.  This means all attorneys MUST have an individual PACER account, and request admission via PACER.  If you will be seeking a Permanent Admission, instructions can be found on our website at:
http://www.nynd.uscourts.gov/sites/nynd/files/Permanent_Admission_Instructions.pdf.  If you will be seeking a Pro Hac Vice Admission, instructions can be found by using the following link:
http://www.nynd.uscourts.gov/sites/nynd/files/PHV_Admission_Instructions.pdf.  Otherwise, new counsel should file a notice of appearance as soon as possible.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

Very Truly Yours,

JOHN M. DOMURAD, CLERK

By: s/ Kathy Rogers, Case Processing Specialist

cc:  (via CM/ECF)
     NDNY File