**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

TYLER TECHNOLOGIES, INC.,

               Plaintiff,

     -against-

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE and NEW YORK
STATE OFFICE OF INFORMATION
TECHNOLOGY SERVICES,

               Defendants.
---------------------------------------------------------x

Civil Action No. 1:22-cv-00877-DNH-DJS

**MOTION FOR ADMISSION OF**
**BETH W. PETRONIO** *PRO HAC VICE*

     Pursuant to Local Rule 83.1(d), counsel for Plaintiff Tyler Technologies, Inc. ("Tyler")

hereby moves for the admission and appearance of attorney Beth W. Petronio *pro hac vice* in this

action. This motion is supported by the attached (1) Declaration of Sponsor, (2) Petition for

Admission to Practice, (3) Attorney E-Filing Registration Form and Oath of Admission, and (4)

Certificate of Good Standing. If admitted *pro hac vice*, Ms. Petronio will serve as co-counsel for

Plaintiff with the undersigned counsel, who is a member of the Bar of this Court.

     WHEREFORE, Plaintiff respectfully requests that Beth W. Petronio be permitted to

appear *pro hac vice*.

 Dated:  August 29, 2022

**K&L GATES LLP**

 */s/ Tara L. Pehush*
_____
Tara L. Pehush
599 Lexington Avenue
New York, New York 10022
Tel.: (212) 536-3900
Fax: (212) 536-3901
Email: tara.pehush@klgates.com
*Attorney for Plaintiff Tyler Technologies, Inc.*