UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Petition of: **Beth W. Petronio**

DECLARATION
OF
SPONSOR

STATE OF NEW YORK
COUNTY OF **New York**

**Tara L. Pehush**, being duly sworn, depose and say:

1. That I am an attorney associated with the law firm of **K&L Gates LLP**, and am a member in good standing with the United States District Court for the Northern District of New York. My NYND Bar Roll Number is: **518908**.

2. I make this Declaration in support of the admission of **Beth W. Petronio**.

3. I have known **Beth W. Petronio** since **March 2016**, and find him / her to be of high moral character and suitable for admission to the United States District Court for the Northern District of New York.

~ ~ ~ ~ ~ ~

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated this **29th**, day of **August**, 20**22**.

/s/ Tara L. Pehush
**SPONSOR**

w:\attyadm\Declaration_of_Sponsor
Form Date: 1/1/2018