United States District Court
Northern District of New York

NEW ATTORNEY E-FILING REGISTRATION FORM

*Enter your full name, as it will appear on your official Admission Certificate. Select your method of admission and enter the required information. Complete and sign the Oath on Admission.*

NAME: Beth          W.          Petronio          ○ Sr.   ○ Jr.
       First        Middle      Last              ○ II   ○ III

○ **STANDARD ADMISSION** see L.R. 83.1(a)
Applicants who are not admitted to practice in the Federal Courts of New York.

○ **RECIPROCAL ADMISSION** see L.R. 83. l(c)
**A member in good standing of the bar of the U.S. District Court for the Eastern, Western or Southern District of New York. [DECLARATION OF SPONSOR NOT REQUIRED]**

⦿ **PRO HAC VICE ADMISSION** see L.R. 83.l(d)
Motion for Limited Admission Pro Hac Vice in 1:22-cv-00877-DNH-DJS
Applicant required to file a Pro Hac Vice access request in PACER.
Email address – beth.petronio@klgates.com

○ **FEDERAL GOVERNMENT ADMISSION** see L.R. 83.t(e)
   o  Attorney appointed under 28 U.S.C. Section 541-543, or employed by the U.S. Government, who is admitted to practice in other Federal Districts
   o  Attorney in the employ of the United States Government who is **not** admitted in other Federal Districts [CERTIFICATE OF GOOD STANDING REQUIRED]

○ **SPECIAL ADMISSION CEREMONY** scheduled on    /   /   in          , NY.
Sponsored by the Federal Court Bar Association. [ORDER & DECLARATION OF SPONSOR NOT REQUIRED]

○ **BIENNIAL READMISSION TO THE NORTHERN DISTRICT OF NEW YORK IN ACCORDANCE WITH LOCAL RULE 83.l(a)S.**

### Oath on Admission

I, _____Beth W. Petronio_____, do solemnly swear (or affirm) that as an attorney and counselor of this Court, I will conduct myself uprightly and according to law and that I will support the Constitution of the United States.

Dated: August 29, 2022

_____
*Attorney Signature*