

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer Direct: (518) 776-2612

September 6, 2022

Hon. Daniel J. Stewart
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

Re: *Tyler Technologies, Inc. v. New York State Department of Taxation and Finance, et al.*
NDNY; 22-CV-0877 (DH/ATB)

Dear Judge Stewart:

Please accept this as a Notice of Appearance on behalf of New York State Department of Taxation and Finance and New York State Office of Information and Technology Services. The date in which these defendants currently have to respond to the complaint is September 16, 2022.

I am writing to request that the Court grant an extension, until October 17, 2022 for the these defendants to respond to the Complaint. I have consulted with Plaintiff's counsel and they have consented to this request.

Thank you for your attention to this matter.

Very truly yours,

/s/ *Gregory J. Rodriguez*
Gregory J. Rodriguez
Assistant Attorney General
Gregory.Rodriguez@ag.ny.gov

cc: Tara Pehush, Esq. (*via ECF*)