**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

TYLER TECHNOLOGIES, INC.,

        Plaintiff,

-against-

NEW YORK STATE DEPARTMENT OF
TAXATION AND FINANCE and NEW YORK
STATE OFFICE OF INFORMATION
TECHNOLOGY SERVICES,

        Defendants.
---------------------------------------------------------x

Civil Action No. 1:22-cv-00877-DNH-DJS

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Beth W. Petronio of the law firm of K&L Gates LLP, having been recently admitted pro hac vice to the Northern District of New York for purposes of this case, hereby enters her appearance in the above-captioned action as an attorney of record for Plaintiff Tyler Technologies ("Tyler") and requests that all subsequent pleadings and other papers in this proceeding be served upon the undersigned at the address listed below.

Dated:   New York, New York
            September 7, 2022

Respectfully submitted,

K&L GATES LLP

/s/ Beth W. Petronio
Beth W. Petronio
1717 Main Street
Dallas, Texas 75201
Phone: (214) 939-5500
Fax: (214) 939-5849
Email: beth.petronio@klgates.com

*Attorneys for Tyler Technologies, Inc.*