Attorney:
TARA PEHUSH
K&L GATES
599 LEXINGTON AVENUE
NEW YORK NY 10022


593291

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF NEW YORK

Index / case #: 1:22-CV-00877

TYLER TECHNOLOGIES, INC
         Plaintiff

**AFFIDAVIT OF SERVICE**

NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, ET AL
         Defendant

ALBANY County, State of: NEW YORK  Robert Wells being sworn, says: Deponent is not a party herein, is over the age of 18 years and resides in the State of: NEW YORK

On 8/26/22 at 8:90 am/pm at: EMPIRE STATE PLAZA JUSTICE BUILDING, 2ND FLR ALBANY NY 12224

Deponent served the within: SUMMONS & COMPLAINT
CIVIL COVER SHEET; NOTICE OF FILING ORDER; PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

On which were set forth the Index No., herein, and date of filing

On: **NEW YORK STATE OFFICE OF INFORMATION TECHNOLOGY SERVICES C/O NEW YORK STATE ATTORNEY GENERAL**
(herein after called the recipient) therein named.

[ ] Individual — By delivering a true copy of each to said recipient personally; Deponent knew the person so served to be the person described in as said recipient therein

[ ] Suitable Age person — By delivering thereat a true copy of each to:_____ a person of suitable age and discretion. Said premises is recipients [ ] Actual Place of Residence [ ] Actual Place of Business within the State.

[ ] Affixing to Door — By affixing a true copy of each to the door of said premises which is recipients [ ] Actual Place of Residence [ ] Actual Place of Business, within the State. Deponent was unable with due diligence to find recipient or person of suitable age and discretion thereat having called there _____

[X] Corporation or Partnership — By delivering thereat a true copy of each to: CRISTAL GAZELONE **MANAGING AGENT** personally. Deponent knew said corporation / partnership so served to be the corporation / partnership described in said aforementioned document as said recipient and knew said individual to be _____ thereof.

[ ] Mailing — Within 20 days of such delivery, or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to recipient at recipients last known [ ] Actual Place of Residence [ ] Actual Place of Business at _____ and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "personal and confidential" and did not indicate on the outside, thereof by return address or otherwise that the communication was from an attorney or concerned an action against the defendant.

[X] Description
[ ] Male      [X] White skin     [ ] Black hair    [ ] 14-20 Yrs   [ ] Under 5'     [ ] Under 100 Lbs
[X] Female    [ ] Black skin     [X] Brown hair    [ ] 21-35 Yrs   [ ] 5'0"-5'3"    [ ] 100-130 Lbs
              [ ] Yellow skin    [ ] Gray hair     [X] 36-50 Yrs   [X] 5'4"-5'8"    [ ] 131-160 Lbs
              [ ] Brown skin     [ ] Blonde hair   [ ] 51-65 Yrs   [ ] 5'9"-6'0"    [ ] 161-200 Lbs
              [ ] Red skin       [ ] Red hair      [ ] Over 65 Yrs [ ] Over 6'      [X] Over 200 Lbs

Other Identifying Features _____

[ ] Military Service — I asked the person spoken to whether recipient was in active military service of the United States or the State of New York in any capacity whatever and received a negative reply. The source of my information and the grounds of my belief are the conversations and observations above narrated.

[ ] Subpoena Fee Tendered in the amount of _____

Sworn to before me on 8-30-22

_Rosemary Lanni_ (signature)

(Print name below signature)
_Robert Wells_

File No.  1285789.00337

Work Order No.   593291



ROSEMARY LANNI
Notary Public, State of New York
Qualified in Albany County
Reg No 4904277
Commission Expires Nov. 2, ____

Case 1:22-cv-00877-DNH-DJS   Document 3   Filed 08/24/22   Page 1 of 2

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

| | |
|---|---|
| TYLER TECHNOLOGIES, INC., <br><br> *Plaintiff(s)* <br> v. <br><br> NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE and NEW YORK STATE OFFICE OF INFORMATION TECHNOLOGY SERVICES <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.  1:22-cv-877 (DNH/DJS) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Shollar, Executive Deputy Commissioner, NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, at Building 9, W.A. Harriman State Office Campus, Albany, New York 12227

Jennifer Lorenz, Deputy Chief Information Officer, NEW YORK STATE OFFICE OF INFORMATION TECHNOLOGY SERVICES at Empire State Plaza, Swan Street

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Tara L. Pehush
599 Lexington Avenue
New York, NY 10022-6030
Telephone: 212.536.3900
Facsimile: 212.536.3901
tara.pehush@klgates.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk of Court

Date: 8/24/2022

s/Kathy Rogers

*Signature of Clerk or Deputy Clerk*