

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
CLAIMS BUREAU

Writer Direct:  (518) 776-2304

October 4, 2022

Hon. Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

Re: *Tyler Technologies, Inc. v. New York State Department of Taxation and Finance, et al.*
NDNY; 22-cv-877 (DNH/DJS)

Dear Judge Stewart:

  After initially extending Defendants' time to respond to the Complaint to October 17, 2022, the parties have talked and would like the opportunity to engage in discussions in an effort to resolve this litigation.  Because it is impossible at this point to know how long those discussions will take, and to avoid the need for repeated requests for extensions, the parties request that Defendants' time to respond to the Complaint be stayed without date, with the understanding that, if the discussions are not fruitful, the parties will promptly advise the Court and propose a new response deadline.  Plaintiff's counsel has agreed to this arrangement, and I make this request on our mutual behalf.

  Thank you for your attention to this matter.

Respectfully,

Bruce D. Feldman
Assistant Attorney General
 and Special Counsel
Bruce.Feldman@ag.ny.gov

cc: Tara Pehush, Esq. (*via email and ECF*)
   Beth Petronio, Esq. (*via email and ECF*)