

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMESDIVISION OF STATE COUNSEL
ATTORNEY GENERALCLAIMS BUREAU

Writer Direct: (518) 776-2304

November 8, 2022

Hon. Daniel J. Stewart
United States Magistrate Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 441
Albany, New York 12207

Re: Tyler Technologies, Inc. v. New York State Department of Taxation and Finance, et al.
    NDNY; 22-cv-877 (DNH/DJS)

Dear Judge Stewart:

    I am writing to Your Honor at the mutual request of all parties. On October 4, 2022, Defendants advised the Court that all parties are in agreement that they would like an opportunity to engage in discussions to resolve this matter. In light of this agreement, the Court granted Defendants an extension of time until January 17, 2023 to file a response to the Complaint or advise the Court of the status of their discussions to reach a resolution.

    The parties have held an initial meeting and are scheduled to meet again next week to continue their discussions to reach a resolution. The parties' Civil Case Management Plan is due, however, on November 21, 2022, and the Court's Rule 16 Conference is scheduled for one week later, on November 28, 2022. The parties request that these deadlines be suspended while their discussions continue, and, if their efforts to resolve this litigation prove unsuccessful, that these deadlines be reestablished for dates after January 17, 2023, when Defendants' response to the Complaint would be due.

    The parties thank the Court for its consideration.

Respectfully,

Bruce D. Feldman
Assistant Attorney General
 and Special Counsel
Bruce.Feldman@ag.ny.gov

THE CAPITOL, ALBANY, NY 12224 ● (518) 776-2300 ● FAX (518) 915-7738 * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV

cc:     Tara Pehush, Esq. (via email and ECF)
        Beth Petronio, Esq. (via email and ECF)

THE CAPITOL, ALBANY, NY 12224 ● (518) 776-2300 ● FAX (518) 915-7738 * NOT FOR SERVICE OF PAPERS
WWW.AG.NY.GOV