UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

TYLER TECHNOLOGIES, INC.,
                *Plaintiff*,

  -against-

NEW YORK STATE DEPATMENT
OF TAXATION AND FINANCE, ET AL,
                *Defendants*.

---

NOTICE OF APPEARANCE

NDNY; 1:22-CV-877
DNH/DJS

     PLEASE TAKE NOTICE, that Assistant Attorney General Bruce D. Feldman, whose contact information is set forth below, appears in this action of counsel to Letitia James, Attorney General of the State of New York, attorney for Defendants New York State Department of Taxation and Finance and New York State Office of Information Technology Services, in substitution for Assistant Attorney General Gregory Rodriguez.

Dated:  Albany, New York
         November 18, 2022

                                        LETITIA JAMES
                                        Attorney General of the State of New York
                                        Attorney for Defendants
                                        The Capitol
                                        Albany, New York 12224-0341

                              By: _____
                                        BRUCE D. FELDMAN
                                        Assistant Attorney General
                                        Bar Roll No. 101624
                                        Telephone: (518) 776-2304
                                        Email: Bruce.Feldman@ag.ny.gov

To:  Beth W. Petronio, Esq.
      K & L Gates, LLP
      *Attorneys for Plaintiff*
      1717 Main Street
      Suite 2800
      Dallas, TX 75201
      Telephone: 214.939.5500
      Email: Beth.Petronio@klgates.com