IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TYLER TECHNOLOGIES, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE and NEW YORK STATE OFFICE OF INFORMATION TECHNOLOGY SERVICES<br><br>    Defendants. | Civil Action No. 22-CV-877 (DNH/DJS)<br><br>**PLAINTIFF'S NOTICE OF**<br>**VOLUNTARY DISMISSAL WITHOUT**<br>**PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Tyler Technologies, Inc. ("Tyler"), by and through their undersigned counsel, hereby voluntarily dismiss without prejudice to refiling their claims against New York State Department of Taxation and Finance and New York State Office of Information Technology Services (collectively, "NYS"). Tyler filed its Complaint on August 24, 2022 [Dkt. 1]. NYS has not filed an answer or otherwise responded to the Complaint. No party hereto is an infant or incompetent.

Dated: April 12, 2023

Respectfully submitted,

**K&L GATES LLP**

*/s/ Tara L. Pehush*
Tara L. Pehush
NY Bar No. 518908
599 Lexington Avenue
New York, NY 10022-6030
Telephone: 212.536.3900
Facsimile: 212.536.3901
Email: tara.pehush@klgates.com

Beth W. Petronio (pro hac vice)
Texas Bar No. 00797664
1717 Main Street
Suite 2800
Dallas, Texas 75201
Telephone: 214.939.5500
Facsimile: 214.939.5849
Email: beth.petronio@klgates.com

**ATTORNEYS FOR
TYLER TECHNOLOGIES, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and complete copy the foregoing has been served on all counsel of record pursuant to the Federal Rules of Civil Procedure on April 12, 2023.

*/s/ Tara L. Pehush*
Tara L. Pehush

506614500.1